IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-00034 (WLS-TQL) |
| : | |
| BRANDON TROY RAY, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

The Court intends to notice this case for the Court's November 2021 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Friday, September 24, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If a motion to continue is not filed by the same date, a pretrial conference may be set.

**SO ORDERED**, this 16th day of September 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1