# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00034 (WLS-TQL) |
| | : |
| BRANDON TROY RAY, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

A Draft Presentence Investigation Report ("PSR") was filed on December 28, 2021 (Doc. 36), and Defendant filed Objections to the PSR on January 11, 2022. (Doc. 37.) Because of the nature of the Objections, the Government is **ORDERED** to file a Response to the Objections **no later than Tuesday, January 25, 2022**.

SO ORDERED, this 13th day of January 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**